# AFFIDAVIT OF SERVICE

Index #: 18-CV-1224-CBA-JO
Date Filed: February 27, 2018
Court Date:
Assigned Justice:

**UNITED STATES DISTCICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S): ROBERT MARINELLI, ESQ.   PH: (212) 822-1427
ADDRESS: 305 BROADWAY 9TH FLOOR NEW YORK, NY 10007   File No.: 18-CV-1224-CBA-JO

**SHATEE DENMARK**

vs.

**CITY OF NEW YORK, ET AL**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF SUFFOLK SS.:

ROBERT MAURUS, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Thursday, June 14, 2018** at **3:29 PM**. at **14 MAJESTIC COURT, CENTEREACH, NY 11720** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on: **CHRISTIAN SHERLOCK**

**Defendant** therein named.

**#1 SUITABLE AGE PERSON** [X] By delivering a true copy of each to **MARIE SHERLOCK, Mother** a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

**#3 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Brown/Black   Age: 64   Height: 5ft4in-5ft8in
Weight: 161-200 lbs   Other Features: Glasses

**#4 WIT. FEES** $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MILITARYSRVC** [X] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or New York and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#6 OTHER** [ ]

Sworn to before me on 06/18/2018

**SUSAN CORTINA**
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2018

**ROBERT MAURUS**
Server's Lic #

**#7 MAIL COPY** [X] SUSAN CORTINA, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On, 6/15/2018 service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Certified Mail #:

Sworn to before me on 06/18/2018

**JENNIFER SIMMONS**
Notary Public, State of New York
No. 01SI6332978, Qualified in Suffolk County
Term Expires November 09, 2019

**SUSAN CORTINA**
Invoice/WorkOrder 2173180

ONE WORLD JUDICIAL SERVICES, INC. - PO BOX 776-DEER PARK NY 11729   LIC # 1310235