UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Shantee Denmark

                                 Plaintiff,

                -against-                              **AFFIDAVIT OF SERVICE**

                                                                             18-CV-1224 (CBA)(JO)

CITY OF NEW YORK, et. al

                                 Defendants.

-------------------------------------------------------------------x

        I, Robert Marinelli, being duly sworn deposes and says:

1.      I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.      On June 14, 2018, at approximately 10:00, a.m. I served the summons and complaint in this matter on Kerron Mondesir by delivering a copy of same to Special Patrolman Aldahondo, a person of suitable age and discretion at defendant's actual place of business within the state, 2811 Queens Boulevard North, Long Island City, New York.

3.      Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
      June 26, 2018

_____
Robert Marinelli

Sworn to me on 26th day
of June 2018

_____
NOTARY PUBLIC

TASHA K TOWNSEND
Notary Public, State of New York
No. 01TO6353250
Qualified in Bronx County
Commission Expires 01/17/20 2(