UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

SHATEE DENMARK,

                                    Plaintiff,

            -against-

Police Officer KERRON MONDESIR, Shield No. 31858;
Police Officer NICHOLAS ALBERGO, Shield No. 17802;
Police Officer CHRISTIAN SHERLOCK, Shield No. 27122;
and JOHN and JANE DOE 1 through 10, individually and in
their official capacities (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                    Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18-CV-1224 (CBA) (JO)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      October 3, 2019

| | |
|---|---|
| LAW OFFICE OF ROBERT MARINELLI<br>*Attorneys for Plaintiff*<br>305 Broadway, 9th Floor<br>New York, New York 10007<br>(212) 822-1427 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Albergo, Mondesir,<br>  and Sherlock*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Robert Marinelli<br>*Attorney for Plaintiff* | By: _____<br>Geoffrey Stannard<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. CAROL B. AMON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019